UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK

Jean-Marc Zimmerman (JZ 7743)
Zimmerman, Levi & Korsinsky, LLP
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207

Attorneys for Plaintiff Millennium, L.P.

| USDC SDNY |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: |
| DATE FILED: 5/18/06 |

DIGITAL IMAGE SYSTEMS CORPORATION,

Plaintiff,

v.

DATA MANAGEMENT PRODUCTS INC.,

Defendant.

**Case No. 05 CV 10901 (VM)**

**NOTICE OF DISMISSAL
WITH PREJUDICE**

Plaintiff hereby voluntarily agrees to dismiss the above-identified action with

prejudice and without cost to any of the Parties.

By: _Jean-Marc Zimmerman_

Jean-Marc Zimmerman (JZ 7743)
Zimmerman, Levi & Korsinsky LLP
226 St. Paul Street
Westfield, NJ 07090
Tel: (908) 654-8000
Fax: (908) 654-7207
Attorneys for plaintiff Digital Image
Systems Corporation

Dated: May 17, 2006
Westfield, NJ

SO ORDERED:
May _18_, 2006

_____
Victor Marrero, U.S.D.J.

SO ORDERED: _The Clerk of Court
is directed to conform this case_

_5-18-06_
DATE          VICTOR MARRERO, U.S.D.J.